# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Eifert, Cheryl A. | 2. Court or Organization<br><br>District Court - West Virginia | 3. Date of Report<br><br>05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Sidney L. Christie Federal Building
845 Fifth Avenue, Room 109
Huntington, West Virginia 25701

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Offutt, Nord & Burchett, PLLC ( Member, Self-Employed Attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Fifth Third Bank Accounts | A | Interest | L | T | | | | | |
| 2. Chase Bank Account | A | Interest | J | T | | | | | |
| 3. BB&T Bank Account | A | Interest | K | T | | | | | |
| 4. Northwestern Mutual Life - 6 Whole Life Policies | E | Dividend | P1 | T | | | | | |
| 5. WV Smart 529 Plan #1 - 18+ Age Based Strategy | | None | K | T | Distributed (part) | 07/11/18 | J | | |
| 6. | | | | | Distributed (part) | 09/19/18 | J | | |
| 7. | | | | | Distributed (part) | 12/07/18 | J | | |
| 8. WV Smart 529 Plan #2 - 14 to 15 Age Based Strategy | | None | L | T | Buy (add'l) | 07/06/18 | J | | |
| 9. Mineral Rights, Calhoun Cty., WV | A | Royalty | J | W | | | | | |
| 10. Offutt, Nord & Burchett, PLLC Retirement Plan #1 (H) | | | | | | | | | |
| 11. - Voya Intermediate Bond Port 1 | | None | | | Sold | 11/07/18 | K | | |
| 12. - Voya Solution Income Portfolio Adv. | | None | | | Sold | 11/07/18 | J | | |
| 13. - Voya Solution 2055 Portfolio Adv. | | None | | | Sold | 11/07/18 | K | | |
| 14. - American Funds Income Fund R3 | | None | | | Sold | 11/07/18 | K | | |
| 15. - Vanguard VIF Diversified Value Portfolio | | None | | | Sold | 11/07/18 | K | | |
| 16. - Voya Russell Lrg Cap Index Port 1 | | None | | | Sold | 11/07/18 | J | | |
| 17. - American Funds Growth Fnd R3 | | None | | | Sold | 11/07/18 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - VY TRowePrice Divr MdCp Gr Pt 1 | None | | | | Sold | 11/07/18 | J | | |
| 19. - American Funds Europacific R3 | None | | | | Sold | 11/07/18 | J | | |
| 20. - Voya Index Solution 2020 Portfolio Z | None | | M | T | Buy | 11/07/18 | M | | |
| 21. - Voya Index Solution 2025 Portfolio Z | None | | M | T | Buy | 11/07/18 | M | | |
| 22. Northwestern Mutual Variable Annuity (H) | | | | | | | | | |
| 23. - Equity Income (MSA/T Rowe Price) B | None | | J | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 24. | | | | | Sold<br>(part) | 11/30/18 | J | | |
| 25. - Index 500 Stock (MSA) B | None | | J | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 26. | | | | | Redeemed<br>(part) | 11/30/18 | J | | |
| 27. - Mid-Cap Value (MSA/American Century)<br>B | None | | J | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 28. | | | | | Sold<br>(part) | 11/30/18 | J | | |
| 29. -Small Cap Value (MSA/T Rowe Price) B | None | | J | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 30. | | | | | Sold<br>(part) | 11/30/18 | J | | |
| 31. - International Equity (MSA/ Franklin Tmpl)<br>B | None | | J | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 32. | | | | | Sold<br>(part) | 11/30/18 | J | | |
| 33. - Select Bond (MSA/Wells Capital<br>Management) B | None | | L | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 34. | | | | | Sold<br>(part) | 11/30/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Strategic Bod (RIF)-B | | None | K | T | Buy (add'l) | 02/12/18 | J | | |
| 36. | | | | | Sold (part) | 11/30/18 | K | | |
| 37. - High Yield Bond (MSA/Federated Inv.) B | | None | J | T | Buy (add'l) | 02/12/18 | J | | |
| 38. | | | | | Sold (part) | 11/30/18 | J | | |
| 39. - Equity Income (MSA/T Rowe Price) A | | None | J | T | Buy (add'l) | 11/30/18 | J | | |
| 40. - Index 500 Stock (MSA) A | | None | J | T | Buy (add'l) | 11/30/18 | J | | |
| 41. - Mid-Cap Value (MSA/American Century) A | | None | J | T | Buy (add'l) | 11/30/18 | J | | |
| 42. -Small Cap Value (MSA/T Rowe Price) A | | None | J | T | Buy (add'l) | 11/30/18 | J | | |
| 43. - International Equity (MSA/ Franklin Tmpl) A | | None | J | T | Buy (add'l) | 11/30/18 | J | | |
| 44. - Select Bond (MSA/Wells Capital Management) A | | None | K | T | Buy (add'l) | 11/30/18 | K | | |
| 45. - Strategic Bod (RIF)-A | | None | K | T | Buy (add'l) | 11/30/18 | K | | |
| 46. - High Yield Bond (MSA/Federated Inv.) A | | None | J | T | Buy (add'l) | 11/30/18 | J | | |
| 47. Northwestern Mutual Fixed Annuity - Rollover IRA | | None | N | T | | | | | |
| 48. Northwester Mutual Fixed Retirement Annuity #1 - Rollover | | None | M | T | | | | | |
| 49. Northwestern Mutual Investment Account (H) | | | | | | | | | |
| 50. - General Money Market Fund Class B | A | Interest | J | T | | | | | |
| 51. - American Century Intermediate-Term Tax Free Bond Fund | A | Int./Div. | J | T | Sold (part) | 04/04/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Dodge & Cox International Fund | A | Int./Div. | J | T | Sold (part) | 04/04/18 | J | | |
| 53. - Europacific Growth Fund Class F | A | Int./Div. | J | T | Sold (part) | 01/25/18 | J | | |
| 54. | | | | | Sold (part) | 04/04/18 | J | | |
| 55. - Fidelity Advisor New Insights Fund Class 1 | A | Int./Div. | J | T | Sold (part) | 01/25/18 | J | | |
| 56. | | | | | Sold (part) | 04/04/18 | J | | |
| 57. - Fidelity Advisor Limited Term Muni Income Fund Class 1 | A | Int./Div. | J | T | Sold (part) | 04/04/18 | J | | |
| 58. - Fidelity Advisor Intermediate Muni Income Fund Class 1 | A | Int./Div. | J | T | Sold (part) | 04/04/18 | J | | |
| 59. - Franklin Federal Intermediate-Term Tax Free Income Fund | A | Int./Div. | J | T | Sold (part) | 04/04/18 | J | | |
| 60. - John Hancock Disciplined Value Mid Cap Fund Class 1 | A | Int./Div. | J | T | Sold (part) | 04/04/18 | J | | |
| 61. - MFS Value Fund Class 1 | A | Int./Div. | J | T | Sold (part) | 04/04/18 | J | | |
| 62. - T-Rowe Price Tax Free High Yield | A | Int./Div. | J | T | Sold (part) | 04/04/18 | J | | |
| 63. - T-Rowe Price Real Estate | A | Int./Div. | J | T | Sold (part) | 04/04/18 | J | | |
| 64. Northwestern Mutual Fixed Retirement Annuity #2 - Rollover | | None | N | T | | | | | |
| 65. Northwestern Mutual Fixed Retirement Annuity #3 - Rollover | | None | M | T | | | | | |
| 66. Northwestern Mutual Investment Account - Ending 3946 (H) | | | | | | | | | |
| 67. - AMG Managers Fairpointe Mid Cap Fund Class 1 | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 68. - Brown Capital Management Small Company Fund Institutional Class | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | | Sold (part) | 11/05/18 | J | | |
| 70. | - Vanguard BD Index FDS Vanguard Total BD Market ETF | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 71. | - Vanguard BD Index FDS Vanguard Short Term BD Market ETF | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 72. | - Cohen & Steers Real Estate Securities Fund Class 1 | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 73. | - IShares Inc MSCI Eurozone ETF | A | Int./Div. | | | Buy | 02/23/18 | J | | |
| 74. | | | | | | Sold | 05/07/18 | J | | |
| 75. | - Fidelity Advisor Total Bond Fund Class 1 | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 76. | - FMI International Fund Institutional Class | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 77. | - IShares TR Core S&P Mid-Cap ETF | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 78. | - IShares TR Core S&P 500 ETF | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 79. | | | | | | Buy (add'l) | 11/05/18 | J | | |
| 80. | - New World Fund Class F-2 | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 81. | - The Oakmark International Small-Cap Fund Investor Class | A | Int./Div. | | | Buy | 02/23/18 | J | | |
| 82. | | | | | | Sold | 07/16/18 | J | | |
| 83. | - The Oakmark Select Fund Investor Class | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 84. | - Pimco Commodities Plus Strategy Fund Class I-2 | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 85. | - Pimco Income Fund Class I-2 | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | - Schwab Strategic TR INTL Equity ETF | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 87. | - DWS Enhanced Commodity Strategy Fund Institutional Class | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 88. | - Vanguard INTL Equity Index FDS FTSE Emerging MKTS ETF | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 89. | | | | | | Buy (add'l) | 05/07/18 | J | | |
| 90. | - Goldman Sachs International Small Cap Insights Fund Class 1 | A | Int./Div. | J | T | Buy | 07/16/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eifert, Cheryl A.** | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 4 - Premiums paid for 2018 equal $27,898.

Part VII, Lines 10-21 - Because 401-k deferrals and employer matches were deposited monthly, amounts were invested in these securities each month.

Part VII, Line 9 - Royalties received from the DD Oil Company, Offutt #2, and Offut #3.

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl A. Eifert**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544